262-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.,
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MUR SHIPPING B.V.,

                              Plaintiff,

        - against –

CONWILL PAKISTAN PVT LTD.,
                              Defendant.
------------------------------------------------------------x

JUDGE KARAS

07 CIV 3987

**RULE 7.1 STATEMENT**

MUR SHIPPING B.V., by and through its undersigned attorneys Freehill Hogan

& Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies

that it is a private (non-governmental) party, has no corporate parents, and that no

publicly-held corporation in the United States owns 10% or more of the stock of the

company.

Dated:  New York, New York
        May 22, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        MUR SHIPPING B.V.


                By: _____
                        Peter J. Gutowski (PG 2200)
                        Manuel A. Molina (MM 1017)

NYDOCS1/283424.1