

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N J 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07

September 18, 2007

Our Ref: 262-07/PJG/MAM

**BY HAND**
The Honorable Richard J. Sullivan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

Re:   Mur Shipping B.V. v. Conwill Pakistan Pvt. Ltd.,
      07-1253 (RJS)

-------------------------------------------------------------------------

Dear Judge Sullivan:

We represent the Plaintiff Mur Shipping BV. in connection with the above-referenced Rule B maritime attachment action which has been reassigned to Your Honor. We write to request that the Plaintiff be granted a sixty-day extension of time to serve the Summons and Complaint. The 120-day period expires on September 24, 2007.

Plaintiff initiated this action on May 22, 2007, seeking security, in the sum of $133,772.69 for its maritime claim via an attachment of Defendant's property in this District pursuant to Rule B. (A copy of the Verified Complaint is attached for the Court's easy reference). Judge Karas granted Plaintiff's application on the same day. (A copy of the Order is attached). To date, Plaintiff has not been successful in restraining any assets of the Defendant, although it continues its efforts to do so by effecting daily service of the Process of Maritime Attachment and Garnishment upon various New York banks. We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of attachment is not required to be given to the Defendant until after its property has been restrained. We respectfully submit that service of the Summons and Complaint at this time would defeat the purposes of Rule B.

NYDOCS1/290488.1

The Honorable Richard J. Sullivan
September 18, 2007
Page 2

    In light of the foregoing considerations, we therefore respectfully request that Your Honor grant the within application and extend Plaintiff's time to effect service of process to November 26, 2007.

Respectfully submitted,

FREEHILL HOGAN & MAHAR, LLP

*Manuel A. Molina*

Manuel A. Molina

> Plaintiff's request for a 60-day extension of time to serve the Summons and Complaint ~~is~~ is granted nunc ~~pro tunc~~, effective September 24, 2007.
>
> So ordered.
>
> /s/ Richard Sullivan
> USDJ

NYDOCS1/290488.1

FREEHILL, HOGAN & MAHAR LLP  9/25/07