```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Mur Shipping B.V.*,
                        Plaintiff,

-v-

*Conwill Pakistan PVT Ltd.*,
                        Defendant.

Case No. 07 cv 03987(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At the initial conference held before this Court on November 27, 2007, the following schedule was set:

    The petitioner shall file a motion to confirm the arbitration award by January 15, 2008. In the event that this matter is not resolved by that date, the parties shall appear for a status conference before this Court on January 16, 2008 at 10am.

SO ORDERED.
DATED:    New York, New York
               Nov. 27, 2007

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE