262-07/PJG/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski ( PG 2200)
Manuel A. Molina (MM 1017)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MUR SHIPPING B.V.,

              Plaintiff,

     -against -

CONWILL PAKISTAN PVT LTD.,

              Defendant.
------------------------------------------------------------x

07 CIV 3987 (RJS)

**NOTICE OF DISMISSAL OF ACTION UNDER F.R.C.P. 41 AND WITHDRAWAL OF RULE B ATTACHMENT**

The Defendant, now having appeared, filed an answer or a motion for summary judgment, the above entitled action is hereby discontinued with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a) (1) (i), the parties having resolved the matter which formed the subject matter of the Complaint on an amicable basis; the attachment issued in this action under Supplemental Rule B is hereby withdrawn and vacated; and the matter may be reopened on the application of the Plaintiff within 15 days of entry of this order in the event the settlement is not consummated.

Dated: New York, New York
       January 16, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff MUR SHIPPING B.V.

                              By: _____
                                 Peter J Gutowski (PG 2200)

NYDOCS1/295662.1

80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

So Ordered:

_____
U.S.D.J.

Dated: January 22, 2007

NYDOCS1/295662.1